**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                                    NO. 4:06CR00407-03 JLH

JEREMY TREMAYNE MCEWEN                                               DEFENDANT

**ORDER**

Defendant Jeremy Tremayne McEwen appeared before the Court on July 19, 2012, for a scheduled hearing on the government's motion and supplemental motions to revoke supervised release. Prior to the hearing, McEwen was drug tested by the United States Probation Officer. The results of the test indicated McEwen was presumptively positive for marijuana. McEwen was remanded to the custody of the United States Marshal until such time as he tested negative. The Court has now been informed by the United States Probation Officer that McEwen's drug test is negative.

IT IS THEREFORE ORDERED that the hearing on the government's Motion and Supplemental Motions to Revoke Supervised Release is hereby scheduled to begin on *MONDAY, AUGUST 6, 2012, at 2:00 p.m.*, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously imposed should not be revoked. Documents #86, #90, #93, #96, and #98.

IT IS SO ORDERED this 3rd day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE